**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| FLECTERE LLC, | § § § | |
| *Plaintiff*, | § § § | CIVIL ACTION NO.  2:18-CV-00227-JRG (MEMBER CASE) |
| v. | § § § | CIVIL ACTION NO.  2:18-CV-00228-JRG |
| ACADEMY, LTD., | § § § | (LEAD CASE) |
| *Defendant*. | § § | |

## ORDER

Before the Court is Plaintiff Flectere LLC's ("Flectere") Unopposed Motion to Extend Time to File the Proposed Protective Order and Initial and Additional Disclosures (the "Motion"). (Dkt. No. 13.)  Having considered the Motion and in view of the Court's previous orders (and the clear language therein) extending Flectere's initial disclosure deadline (2:18-CV-228-JRG Dkt. Nos. 20, 23), the Court is of the opinion that the Motion should be and hereby is **GRANTED-AS-MODIFIED**.  Accordingly, it is **ORDERED** that Flectere shall file a Proposed Protective Order and its Initial and Additional Disclosures on or before **October 8, 2018**.  Flectere should not expect any additional extensions of time.

So ORDERED and SIGNED this 4th day of October, 2018.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE